THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOPHIA ZHOU, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>GEICO INSURANCE AGENCY, LLC, a Maryland Limited Liability Company,<br><br>  Defendant. | NO. 2:22-CV-00511-BJR<br><br>**ORDER GRANTING STIPULATED MOTION TO AMEND COMPLAINT** |

**ORDER**

Pursuant to the foregoing Stipulated Motion, IT IS SO ORDERED that Plaintiff is granted leave to file her Amended Complaint.

DATED this 25th day of July, 2022.

*/s/ Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER GRANTING STIPULATED MOTION TO AMEND
COMPLAINT- 1
(Case No. 2:22-CV-00511-BJR)

HKM EMPLOYMENT ATTORNEYS LLP
600 Stewart Street, Suite 901
Seattle, Washington 98101
(206) 838-2504

Presented by:

| | |
|---|---|
| **HKM EMPLOYMENT ATTORNEYS LLP** | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** |
| By: */s/ Jason A. Rittereiser* <br> Jason A. Rittereiser, WSBA No. 43628 <br> By: */s/ Rachel M. Emens* <br> Rachel M. Emens, WSBA No. 49047 <br> By: */s/ Henry Brudney* <br> Henry Brudney, WSBA No. 52602 <br> By: */s/ Arielle M. Inveen-Lai* <br> Arielle M. Inveen-Lai, WSBA No. 58493 <br> 600 Stewart Street, Suite 901 <br> Seattle, WA 98101 <br> Phone: 206-838-2504 <br> Fax:    206-260-3055 <br> Email: jrittereiser@hkm.com <br>           remens@hkm.com <br>           hbrudney@hkm.com <br>           ainveen-lai@hkm.com | By: */s/ Laurence A. Shapero* <br> Laurence A. Shapero, WSBA No. 31301 <br> By: */s/ Emma A. Healey* <br> Emma A. Healey, WSBA No. 58384 <br> 1201 Third Avenue, Suite 5150 <br> Phone: 206-693-7057 <br> Fax:    206-693-7058 <br> Email: laurence.shapero@ogletree.com <br>           emma.healey@ogletree.com |
| *Attorneys for Plaintiff Sophia Zhou* | *Attorneys for Defendant GEICO Insurance Agency, LLC* |

---

ORDER GRANTING STIPULATED MOTION TO AMEND COMPLAINT- 1
(Case No. 2:22-CV-00511-BJR)

**HKM EMPLOYMENT ATTORNEYS LLP**
600 Stewart Street, Suite 901
Seattle, Washington  98101
(206) 838-2504