THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOPHIA ZHOU, an individual,<br><br>                Plaintiff,<br><br>  v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY, a Nebraska Company,<br><br>                Defendant. | NO.  2:22-CV-00511-BJR<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

## **STIPULATION**

COMES NOW Plaintiff Sophia Zhou and Defendant Government Employees Insurance Company, by and through their undersigned counsel, and stipulate, pursuant to Fed. R Civ. P. 41(a)(ii), that this case be dismissed with prejudice with each party to bear its own costs and attorneys' fees.

DATED this 26th day of September, 2022.

| | |
|---|---|
| **HKM EMPLOYMENT ATTORNEYS LLP**<br><br>By: */s/ Jason A. Rittereiser*<br>    Jason A. Rittereiser, WSBA No. 43628<br>By: */s/ Rachel M. Emens*<br>    Rachel M. Emens, WSBA No. 49047<br>By: */s/ Henry Brudney*<br>    Henry Brudney, WSBA No. 52602<br>By: */s/ Arielle M. Inveen-Lai*<br>    Arielle M. Inveen-Lai, WSBA No. 58493 | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**<br><br>By: */s/ Laurence A. Shapero*<br>    Laurence A. Shapero, WSBA No. 31301<br>By: */s/ Emma A. Healey*<br>    Emma A. Healey, WSBA No. 58384<br>1201 Third Avenue, Suite 5150<br>Phone: 206-693-7057 |

STIPULATION AND [PROPOSED] FOR DISMISSAL - 1
Case No. 2:22-cv-00511-BJR

HKM EMPLOYMENT ATTORNEYS LLP
600 Stewart Street, Suite 901
Seattle, Washington  98101
(206) 838-2504

| | |
|---|---|
| 600 Stewart Street, Suite 901<br>Seattle, WA 98101<br>Phone: 206-838-2504<br>Fax:    206-260-3055<br>Email: jrittereiser@hkm.com<br>         remens@hkm.com<br>         hbrudney@hkm.com<br>         ainveen-lai@hkm.com<br><br>*Attorneys for Plaintiff Sophia Zhou* | Fax:    206-693-7058<br>Email: laurence.shapero@ogletree.com<br>         emma.healey@ogletree.com<br><br>*Attorneys for Defendant Government Employees Insurance Company* |

STIPULATION AND [PROPOSED] FOR DISMISSAL - 2
Case No. 2:22-cv-00511-BJR

HKM EMPLOYMENT ATTORNEYS LLP
600 Stewart Street, Suite 901
Seattle, Washington  98101
(206) 838-2504

# ORDER

Based upon the foregoing stipulation of the parties, IT IS SO ORDERED. The above-captioned matter and all claims and causes of action are hereby DISMISSED WITH PREJUDICE and with each party to bear her or its own attorney fees and costs.

DATED this 27th day of September 2022.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

| HKM EMPLOYMENT ATTORNEYS LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| Jason A. Rittereiser, WSBA No. 43628<br>Rachel M. Emens, WSBA No. 49047<br>Henry Brudney, WSBA No. 52602<br>Arielle M. Inveen-Lai, WSBA No. 58493<br>600 Stewart Street, Suite 901<br>Seattle, WA 98101<br>Phone: 206-838-2504<br>Fax:    206-260-3055<br>Email: jrittereiser@hkm.com<br>           remens@hkm.com<br>           hbrudney@hkm.com<br>           ainveen-lai@hkm.com<br><br>*Attorneys for Plaintiff Sophia Zhou* | Laurence A. Shapero, WSBA No. 31301<br>Emma A. Healey, WSBA No. 58384<br>1201 Third Avenue, Suite 5150<br>Phone: 206-693-7057<br>Fax:    206-693-7058<br>Email: laurence.shapero@ogletree.com<br>           emma.healey@ogletree.com<br><br>*Attorneys for Defendant Government Employees Insurance Company* |

STIPULATION AND [PROPOSED] FOR DISMISSAL - 3
Case No. 2:22-cv-00511-BJR

HKM EMPLOYMENT ATTORNEYS LLP
600 Stewart Street, Suite 901
Seattle, Washington  98101
(206) 838-2504

## CERTIFICATE OF SERVICE

I, Taylor Saastad, declare under penalty of perjury under the laws of the United States District Court for the Western District of Washington, that I have caused service of a true and correct copy of the foregoing document, to be effected on the following named counsel in the manner identified below:

| | |
|---|---|
| Laurence A. Shapero, WSBA No. 31301<br>Emma A. Healey, WSBA No. 58384<br>**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**<br>1201 Third Avenue, Suite 5150<br>Phone: 206-693-7057<br>Fax:     206-693-7058<br>Email: laurence.shapero@ogletree.com<br>            emma.healey@ogletree.com | [  ] Via Email<br><br>[  ] Via Messenger<br><br>[  ] Via U.S. Mail, First Class<br><br>[X] Via CM/ECF |

*Attorneys for Defendant Government Employees Insurance Company*

DATED this 26th day of September, 2022 at Seattle, Washington.

*/s/ Taylor Saastad*
Taylor Saastad, Paralegal
**HKM EMPLOYMENT ATTORNEYS LLP**

STIPULATION AND [PROPOSED] FOR DISMISSAL - 4
Case No. 2:22-cv-00511-BJR

HKM EMPLOYMENT ATTORNEYS LLP
600 Stewart Street, Suite 901
Seattle, Washington 98101
(206) 838-2504